[No. 8,527.—In Bank.]
December 11, 1882.

## THE CENTRAL PACIFIC RAILROAD COMPANY *v.* THE SUPERIOR COURT OF TULARE COUNTY.

REMOVAL OF CASES TO FEDERAL COURT—JURISDICTION—PROHIBITION.— In an action to recover State and county taxes, defendant answered and also filed a bond and petition for a removal of the cause to the Circuit Court of the United States, on the ground that the suit was one arising under the constitutional laws of the United States, and the petition being denied, applied to this Court for a writ of prohibition. Writ denied.

APPLICATION for a writ of prohibition to the Superior Court of Tulare County.

The facts relied upon in the lower Court, to support the petition, are the same as those involved in the *San Francisco and North Pacific Railroad Company* v. *The State Board of Equalization*, 60 Cal. 12 ; and the *Central Pacific Railroad Company* v. *The State Board of Equalization*, id. 35.

*Creed Haymond*, for Plaintiff.

*A. L. Hart*, Attorney General, for Defendant.

The COURT:

We are not satisfied that this is a proper case for the issuance of a writ of prohibition—a writ in the nature of a prerogative writ.

Writ denied, and proceeding dismissed.

MORRISON, C. J., and THORNTON, J., expressed no opinion.